■ In the Matter of JEFFREY STUART FELDMAN, a Disbarred Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, Petitioner. [630 NYS2d 263] —Per Curiam. ■

Cardona, P. J., Mercure, Crew III, Peters and Spain, JJ., concur. Ordered that the motion for reconsideration be and the same hereby is denied.